TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number H-97-1589 |
|---|---|
| Style | MARK HOREHLED v. MEDTRONIC, INC., a Minnesota Corporation |
| ORDER | I stand recused in this case. Deadlines in scheduling orders continue in effect. Court settings are vacated. |

Signed: *[signature]*
SIM LAKE
United States District Judge

Date: July 31, 1997

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 0 4 1997

Michael N. Milby, Clerk

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | LEE H. ROSENTHAL |

MICHAEL N. MILBY
United States District Clerk

By: *[signature]*

Deputy Clerk

8